IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UMG RECORDINGS, INC., et al.,**

    **Plaintiffs,**

vs.        Case No. 3:06cv34/MCR

**DEANNA GIBSON,**

    **Defendant.**
_____/

**O R D E R**

THIS CAUSE having come before the court upon the "Plaintiff's Stipulation for Substitution of Counsel" (doc. 6), it is hereby ordered that Meredith A. Frank, Esq. be substituted as counsel of record on behalf of plaintiffs.

DONE AND ORDERED this 17th day of February, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**