**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UMG RECORDINGS, INC., et al.,
    Plaintiffs,

vs.                                              Case No.:  3:06cv34/MCR/EMT

DEANNA GIBSON,
    Defendant.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 1, 2007.  Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    Defendant's answer (Doc. 18) is hereby stricken pursuant to Fed. R. Civ. P. 37(b)(2)(C). Furthermore, Defendant's answer having been stricken, Defendant is adjudged to be in default.

      3.    Plaintiffs are awarded the minimum statutory damages of $750.00 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the sound recordings listed in Exhibit A of the Complaint.  Thus, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'

copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of $4,500.00.

      4.      Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "The Real Slim Shady" on "The Marshall Mathers LP" by Eminem (SR # 287-944);
- "Don't Be Stupid" on "Come On Over" by Shania Twain (SR #243-502);
- "I Feel Lucky" on "Come On Come On" by Mary Chapin Carpenter (SR #145-470);
- "She's Got It All" on "I Will Stand" by Kenny Chesney (SR #238-371);
- "Song of the South" on "Southern Star" by Alabama (SR #100-925);
- "No Scrubs" on "Fanmail" by TLC (SR #298-454);

and in any other sound recording, whether now in existence of later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

      **DONE AND ORDERED** this 7th day of March, 2007.

                        s/ *M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**